**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case: Southwest Wholesale v. Fresh Creative Foods_____ Case No: 07cv1150-LAB (AJB)

HON. Larry A. Burns _____ CT. DEPUTY Tisha Washam          Rptr. _____

Present

Plaintiff(s):          Jimmy Ray Ayers, Jr., Esq.

Defendant(s):          Holly Nolan, Esq.

A telephonic conference call was held on September 7, 2007 with chambers in this matter, with appearances as noted above.  The parties will file a Joint Motion requesting certain relief and explaining certain discrepancies in the docket entries to date.  The Clerk of Court is instructed to strike Defendants' Request/Notice document filed September 5, 2007 as Docket No. 5.

DATED:  September 7, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge