cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST WHOLESALE DISTRIBUTORS, a business Association,<br><br>        Plaintiff,<br><br>v.<br><br>FRESH CREATIVE FOODS, LLC, a California Limited Liability Company; KEVIN B VALLES CO., LLC dba FRESH CREATIVE FOODS, an unknown business entity; and KEVIN VALLES, an individual,<br><br>        Defendants. | Civil No. 07cv1150 LAB(AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

      On September 12, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Ray Ayers, Esq., Juan Godinez and Morgan Scudi, Esq. on behalf of plaintiff; Holly Nolan, Esq., Erika Sanchez and Kevin Valles on behalf of plaintiffs.

      The parties reached a full and final settlement of all claims and the settlement is binding and judicially enforceable.

      The Court sets a telephonic Settlement Disposition Conference for ***October 19, 2007 at 9:00 a.m.*** Counsel for plaintiff shall initiate the conference call. On the filing of the joint motion to dismiss and advise to Judge Battaglia's chambers of same, the next conference date will be vacated.

///

1  It is also important to note that Judge Burns granted the parties leave to file a joint motion to
2  explain certain discrepancies in docket entries to date. That issue is now moot in light of the settlement
3  and no further filing will be submitted in that regard.
4  IT IS SO ORDERED.

6  DATED: September 13, 2007

   Hon. Anthony J. Battaglia
   U.S. Magistrate Judge
   United States District Court