# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST WHOLESALE DISTRIBUTORS, a business Association,<br><br>            Plaintiff,<br><br>    vs.<br><br>FRESH CREATIVE FOODS LLC, a California Limited Liability Company; KEVIN B. VALLES CO., LLC dba FRESH CREATIVE FOODS, an unknown business entity and KEVIN VALLES, an individual,<br><br>            Defendants. | CASE NO. 07cv1150-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Dkt No. 10] |

Pursuant to the parties' Joint Motion To Dismiss, **IT IS HEREBY ORDERED** this action is dismissed as to all claims and all parties, with prejudice, and the Clerk of Court shall terminate the action in its entirety.

**IT IS SO ORDERED**.

DATED: October 22, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv1150